**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Benjamin ARMENTA–ICEDO, a.k.a.**
**Rogelio Peralta–Peralta,**
**Defendant–Appellant.**

**No. 10–10493.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 23, 2011.

Randall M. Howe, Esquire, Assistant U.S. Attorney, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Benjamin Armenta–Icedo, El Reno, OK, pro se.

Anders V. Rosenquist, Jr., Esquire, Rosenquist & Associates, Anthem, AZ, for Defendant–Appellant.

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Benjamin Armenta–Icedo appeals from his guilty-plea conviction and 42–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Armenta–Icedo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Armenta–Icedo

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.